# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:17-cr-00198 |
| ) | Judge Trauger |
| JONATHAN RALPH WHITWORTH ) | |

## ORDER

On April 6, 2020, the magistrate judge issued a Report and Recommendation (Docket No. 75), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the government's Motion for Summary Judgment (Docket No. 67) is GRANTED, and the Petition of Ian Osborne (Docket No. 36) is DENIED.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge